IN THE MATTER OF THE ESTATE OF
HOWARD MACK, DECEASED.

October 4, 1978. Petition for certification denied.

IN THE MATTER OF THE ESTATE OF
HOWARD MACK, DECEASED.

October 4, 1978. Cross-petition for certification denied.

IN THE MATTER OF THE COURT REORGANIZATION PLAN
OF HUDSON COUNTY.

October 4, 1978. Petition for certification granted. (See
161 *N. J. Super.* 483)

DORIS SPINDEN v. NEMORIO GALINDO.

October 4, 1978. Petitions for certification denied.

STATE OF NEW JERSEY v. GEORGE ELIAS.

October 4, 1978. Petition for certification denied.

STATE OF NEW JERSEY v. PAUL BINKIEWICZ.

October 4, 1978. Petition for certification denied.